General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Benny Young
Hubert Seaton
_____
List the full name of each plaintiff in this action.

VS.

Animal Control Dept
Ofc Deb Kenison
_____
List the full name of each defendant in this action.
Do not use "et al".

Case Number: 6:17cv23 RWS/KNM

FILED
JAN 11 2017
Clerk, U.S. District Court
Texas Eastern

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       (1.)  Employ Counsel
        2.   Court - Appointed Counsel
        3.   Lawyer Referral Service of the State Bar of Texas,
             P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

       Beverly Melontree   unknown address
       J. CHAD Parker       ll

C. Results of the conference with counsel:

_Needed retainer to speak with._
_Secretary refused the case._

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____Yes __X__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.
_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.
_____

6. Disposition: Was the case dismissed, appealed or still pending?
_____

7. Approximate date of disposition. _____

III. Parties to this suit:

   A. List the full name and address of each plaintiff:

   Pla #1 Benny Young
   2626 Caldwell
   Tyler, TX 75702

   Pla #2 Hubert Seaton
   248 Belvedere Blvd
   Tyler, TX 75702

   B. List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: _____

   _____

   _____

   Dft #2: _____

   _____

   _____

   Dft #3 _____

   _____

   _____

   Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Late 2015, the Animal Control Dept. forced me to give them my dog "Horatio" that was at Hubert Seaton's residence. The city department gave me no reason why they took my dog. I loved that dog. The State failed to properly notify Benny Young that he needed to do anything to keep the dog. This was a flagrant, bigoted violation of his constitutional rights.

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

To award the plaintiffs $50,000.00 for damages. $25,000.00 for taking Benny Young's dog illegally and $25,000.00 to Hubert Seaton for harassment.

Signed this _8th_ day of _January_, 20_17_.
(Month) (Year)

x Benny Young

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _1/8/2017_
Date

x Benny Young

Signature of each plaintiff