IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **BENNY YOUNG**, *et al*. § <br> § <br> § <br> **v.** § <br> § **CIVIL ACTION NO. 6:17-CV-23** <br> § <br> **ANIMAL CONTROL DEPARTMENT,** § <br> *et al*. § <br> § | |

## FINAL JUDGMENT

The above-entitled action has come before the Court for consideration. A decision having been duly rendered,

**IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 20th day of April, 2017.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE